SEPTEMBER 14, 1999

No. 99–6147 (A–220). IN RE DAVIS. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

SEPTEMBER 16, 1999

No. 99–6143 (A–222). MUELLER v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

SEPTEMBER 21, 1999

No. 99–425. WALLACE ET AL. v. STIEHL, SENIOR JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS. C. A. 7th Cir. Certiorari dismissed as to Linda Adams under this Court's Rule 46.

No. 99–210. HOSPITAL SERVICE DISTRICT NO. 1 OF TANGIPAHOA PARISH ET AL. v. SURGICAL CARE CENTER OF HAMMOND, L. C., ET AL.; CITY OF BOSSIER CITY ET AL. v. WILLIS-KNIGHTON MEDICAL CENTER; and RICHLAND PARISH HOSPITAL SERVICE DISTRICT 1–B, DBA RICHLAND PARISH MEDICAL CENTER, ET AL. v. ABRAHAM ET AL. C. A. 5th Cir. Certiorari dismissed as to City of Bossier City et al. v. Willis-Knighton Medical Center under this Court's Rule 46.1.